Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Talas Harbor at Buckeye LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3381023** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1407 S. 9th Ave**<br>**Phoenix, AZ 85007**<br>Number, Street, City, State & ZIP Code | **2813 63rd Avenue Court NW**<br>**Gig Harbor, WA 98335**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Maricopa**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Talas Harbor at Buckeye LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6222**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

| | Debtor | **Talas Harbor at Bullhead City, LLC** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Arizona** | When **6/26/25** | Case number, if known **0:25-bk-05878-EPB** |

**11. Why is the case filed in *this district?***    *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Talas Harbor at Buckeye LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 13, 2025**
            MM / DD / YYYY

**X /s/ Ronald Stewart**                **Ronald Stewart**
Signature of authorized representative of debtor       Printed name

                                           Email Address of debtor

Title    **Manager**

**18. Signature of attorney**

**X /s/ Thomas H. Allen**             Date **August 13, 2025**
Signature of attorney for debtor                   MM / DD / YYYY

**Thomas H. Allen 11160**
Printed name

**Allen, Jones & Giles, PLC**
Firm name

**1850 N. Central Avenue, Suite 1025**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone    **602-256-6000**      Email address    **tallen@bkfirmaz.com**

**11160 AZ**
Bar number and State

Fill in this information to identify the case:

Debtor name    **Talas Harbor at Buckeye LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 13, 2025**     X **/s/ Ronald Stewart**
                                                  Signature of individual signing on behalf of debtor

                                                  **Ronald Stewart**
                                                  Printed name

                                                  **Manager**
                                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Talas Harbor at Buckeye LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $     **5,800.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $     **5,800.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **7,349,636.90**

4.   Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b       $     **7,349,636.90**

Case 2:25-bk-07551-MCW    Doc 1    Filed 08/13/25    Entered 08/13/25 17:20:52    Desc
Main Document     Page 6 of 40

Fill in this information to identify the case:

Debtor name     **Talas Harbor at Buckeye LLC**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.

Debtor    **Talas Harbor at Buckeye LLC**_____    Case number *(If known)* _____
                    Name

☐ Yes Fill in the information below.

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2007 Chrysler Town and Country located at 831 Landon Drive, Bullhead City, AZ** | $0.00 | FMV | $1,900.00 |
| 47.2.  **2008 Toyota Sienna located at 831 Landon Drive, Bullhead City, AZ** | $0.00 | FMV | $3,900.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**

     Add lines 47 through 50.  Copy the total to line 87.          | $5,800.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other | Nature and<br>extent of<br>debtor's interest | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1.  **Lease of building at 1407 S. 9th Ave, Phoenix, AZ 85007** | Leasehold interest | $0.00 | | Unknown |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** **talasharbor.com** | $0.00 | | Unknown |

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Talas Harbor at Buckeye LLC**                          Case number *(If known)* _____
          <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,800.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,800.00 |

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Debtor name **Talas Harbor at Buckeye LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Arizona Department of Revenue
c/o AZ Atty Gen Tax, Bankr & Coll Sect
2005 North Central Avenue
Phoenix, AZ 85004-1592**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**tpt taxes**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **Unknown**     Priority amount **Unknown**

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Ability
P.O. Box 856015
Minneapolis, MN 55485-6015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

Amount of claim **$276.93**

**3.2** Nonpriority creditor's name and mailing address

**Advanced Pharmaceutical Consult
P.O. Box 530365
Miami, FL 33153-0365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

Amount of claim **$34,597.11**

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.11 |
|---|---|---|---|

**Airgas**
P.O. Box 102289
Pasadena, CA 91189-2289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,933.76 |
|---|---|---|---|

**Allegiance Premium Finance Co.**
P.O. Box 1750
Cedar City, UT 84721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**Alliance Environmental Group**
777 N. Georgia Ave
Azusa, CA 91702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,456.74 |
|---|---|---|---|

**Arizona Public Service**
P.O. Box 37812
Boone, IA 50037-0812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,086.76 |
|---|---|---|---|

**Becton Dickinson and Company**
1 Becton Drive
Franklin Lakes, NJ 07417-1880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,106.16 |
|---|---|---|---|

**Brady Industries**
7055 Lindell Road
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499.13 |
|---|---|---|---|

**Brown's Partsmaster Inc.**
7280 N. Glen Harbor Blvd., #101
Glendale, AZ 85307-2806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,077.64 |
|---|---|---|---|

**Bumblebee Health**
**825 E. Royal Palm**
**Phoenix, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.72 |
|---|---|---|---|

**CareFusion Solutions, LLC**
**25082 Network Place**
**Chicago, IL 60673-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $731.67 |
|---|---|---|---|

**City of Phoenix**
**P.O. Box 29100**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,208.11 |
|---|---|---|---|

**City of Phoenix ETS**
**P.O. Box 29102**
**Phoenix, AZ 85038-9102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,296.27 |
|---|---|---|---|

**Concentric Healthcare Staffing**
**4250 N. Drinkwater Blvd.**
**Suite 100**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,786.49 |
|---|---|---|---|

**Concord Technologies**
**P.O. Box 84125**
**Salt Lake City, UT 84125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,900.00 |
|---|---|---|---|

**Connect Staffing**
**6133 Maverick St**
**Las Vegas, NV 89130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41,756.50** |
| | **Cox Communications**<br>**P.O. Box 78701**<br>**Phoenix, AZ 85062-8071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** services | |
| | **Last 4 digits of account number** **1001** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Creekridge Capital**<br>**Lockbox 1880**<br>**Minneapolis, MN 55480-1880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,910.36** |
| | **Emerald Phoenix, LLC**<br>**P.O. Box 849334**<br>**Los Angeles, CA 90084-9334** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** vendor debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$421.97** |
| | **Grainger**<br>**Dept. C-Pay**<br>**Palatine, IL 60038-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** vendor debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,949.00** |
| | **Kaempfer Crowell, Ltd.**<br>**1980 Festival Drive**<br>**Suite 650**<br>**Las Vegas, NV 89135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** vendor debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,306,412.22** |
| | **Lifepoint Behavioral Health Services**<br>**fka Kindred Behavioral Health Services**<br>**330 Seven Springs Way**<br>**Brentwood, TN 37027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** judgment | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$276.61** |
| | **Loftin Equipment Co.**<br>**P.O. Box 641055**<br>**Dallas, TX 75264-1055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** vendor debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**MedData**
**P.O. Box 771850**
**Chicago, IL 60677-1850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _vendor debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,603.40 |
|---|---|---|---|

**Medifix Inc.**
**4425 E. Agave Road, Suite 116**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _vendor debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,788.09 |
|---|---|---|---|

**Medline Industries, Inc.**
**Dept. LA21558**
**Pasadena, CA 91185-1558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _vendor debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,988.44 |
|---|---|---|---|

**Natures Purpose**
**2218 N. 81st Street**
**Scottsdale, AZ 85257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _vendor debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178,000.00 |
|---|---|---|---|

**Nevada Psychiatry PLLC**
**4270 S. Decatur Blvd.**
**Suite B6**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _vendor debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Nutrition Alliance, LLC**
**8446 Page Ave**
**Saint Louis, MO 63130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _vendor debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.87 |
|---|---|---|---|

**Owens & Minor Atlanta**
**10900 Nuckols Road, Suite 040**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _vendor debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,420,000.00 |
|---|---|---|---|

**Phoenix Care Partners LLC**
**8475 Eastern Avenue, Suite 105**
**Las Vegas, NV 89123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   unpaid rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,814.77 |
|---|---|---|---|

**Progressive Ins.**
**Dept. 0561**
**Carol Stream, IL 60132-0561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   vendor debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $458.19 |
|---|---|---|---|

**Red Rock Pharmacy Tempe**
**450 S. 900 East #150**
**Salt Lake City, UT 84102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   vendor debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.25 |
|---|---|---|---|

**Republic Services**
**4811 W. Lower Buckeye Road**
**Phoenix, AZ 85043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   services

Last 4 digits of account number  9475

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,097.39 |
|---|---|---|---|

**RiteSource Medical Billing, LLC**
**142 Red Bird Road**
**Louisville, KY 40229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   vendor debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

**RoviCare**
**1400 E. Southern Ave., #310**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   vendor debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,226.02 |
|---|---|---|---|

**RSC International**
**2813 63rd Avenue Court NW**
**Gig Harbor, WA 98335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   vendor debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Service First Fire Protection**<br>**21630 N. 9th Ave**<br>**Suite 101**<br>**Phoenix, AZ 85027**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __vendor debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,169.00** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Sonora Quest Laboratories**<br>**P.O. Box 29661**<br>**Dept 2059**<br>**Phoenix, AZ 85038-9661**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __vendor debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,215.41** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Staples Inc.**<br>**P.O. Box 105748**<br>**Atlanta, GA 30348-5748**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __vendor debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,999.72** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Stericycle**<br>**P.O. Box 6578**<br>**Carol Stream, IL 60197-6578**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __vendor debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,392.60** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Sterling**<br>**P.O. Box 35626**<br>**Newark, NJ 07193-5626**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __vendor debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$293.50** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Sysco Arizona**<br>**611 S. 80th Avenue**<br>**Tolleson, AZ 85353**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __vendor debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,904.18** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**TH Hospital Group**<br>**2813 63rd Ave Ct NW**<br>**Gig Harbor, WA 98335**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __vendor debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,393.70 |
|------|---|---|---|

**The Growth Firm, LLC**
**320 Glenmoor Drive**
**Fredericksburg, TX 78624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendor debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,903.05 |
|------|---|---|---|

**TRANE US Inc.**
**P.O. BOx 98167**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendor debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,070.44 |
|------|---|---|---|

**UnWired Engineering LLC**
**P.O. Box 11037**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendor debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,078.62 |
|------|---|---|---|

**Wellsky**
**11300 Switzer Road**
**Overland Park, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **vendor debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Creekridge Capital**<br>**7808 Creekridge Circle**<br>**Suite 250**<br>**Minneapolis, MN 55439** | Line  **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Tamara Beatty Peterson/Nikki L. Baker**<br>**Peterson Baker PLLC**<br>**701 S 7th St**<br>**Las Vegas, NV 89101** | Line  **3.22**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 7,349,636.90 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 7,349,636.90 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **lease of space at 1407 S. 9th Ave., Phoenix, AZ 85007** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Phoenix Care Partners LLC**<br>**8475 Eastern Avenue, Suite 105**<br>**Las Vegas, NV 89123** |

**Fill in this information to identify the case:**

Debtor name    **Talas Harbor at Buckeye LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Ronald Stewart** | **2813 63rd Ave CT NW**<br>**Gig Harbor, WA 98335** | **Creekridge Capital** | ☐ D _____<br>■ E/F    3.18<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Talas Harbor at Buckeye LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$188,972.00** |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,776,062.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Lifepoint Behavioral Health Services, LLC fka Kindred Behavioral Health Services, LLC vs. Talas Harbor at Buckeye, LLC, Talas Harbor at Bullhead City, LLC, Talas Harbor at Lake Mead, LLC and Talas Harbor at Yuma, LLC** **unknown** | breach of contract | **Clark County District Court 200 Lewis Avenue Las Vegas, NV 89155** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 2:25-bk-07551-MCW    Doc 1    Filed 08/13/25    Entered 08/13/25 17:20:52    Desc
Main Document    Page 24 of 40

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Allen, Jones & Giles, PLC**<br>**1850 N. Central Avenue, Suite 1025**<br>**Phoenix, AZ 85004** | **Attorney's fees of $9,662 and filing fee of $338** | **3/22/2024** | **$10,000.00** |

**Email or website address**
**tallen@bkfirmaz.com**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

---

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Case 2:25-bk-07551-MCW    Doc 1    Filed 08/13/25    Entered 08/13/25 17:20:52    Desc
Main Document     Page 25 of 40

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☐ No. Go to Part 9.
    ■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care **none** |
|---|---|---|
| 15.1.  **Talas Harbor at Buckeye, LLC<br>1407 S. 9th Ave<br>Phoenix, AZ 85007** | **psychiatric services** | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**EHRYourWay/Adaptamed<br>6699 Alvarado Road, Suite 2301, San Diego, CA 92120<br>619-785-3944** | **How are records kept?**<br>*Check all that apply:*<br><br>■ Electronically<br>☐ Paper |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Social Security numbers, birth dates, Medicare numbers, Medicaid numbers**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo**<br>**P.O. Box 53476**<br>**Phoenix, AZ 85072-9955** | XXXX-4596 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 1/2025 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Talas Harbor at Bullhead City, LLC**<br>**831 Landon Drive**<br>**Bullhead City, AZ 86429** | **1407 S. 9th Ave**<br>**Phoenix, AZ 85007** | **Cubex LLC MedFlex 1000 Main with 8 half height Cubie drawers, 2 full height Cubie drawers and 1 Bar Code Scanner** | **Unknown** |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
- ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **The Growth Firm** **320 Glenmoor Drive** **Fredericksburg, TX 78624** | **8/23/2023 to 1/2025** |
| 26a.2.   **GO Admin Solutions** **P.O. Box 3853** **Kingman, AZ 86402-3853** | **10/2022 to 7/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

- ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **The Growth Firm** **320 Glenmoor Drive** **Fredericksburg, TX 78624** | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.  **Quick Books** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Staff** | **1/2024** | **$2,500 replacement cost** |

| Name and address of the person who has possession of inventory records |
|---|
| **Talas Harbor at Buckeye, LLC**<br>**1407 S. 9th Ave**<br>**Phoenix, AZ 85007** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ronald Stewart** | **2813 63rd Ave CT NW**<br>**Gig Harbor, WA 98335** | **Manager** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Talas Harbor Healthcare, LLC** | **2813 63rd Ave CT NW**<br>**Gig Harbor, WA 98335** | **Member** | **100** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Case 2:25-bk-07551-MCW    Doc 1    Filed 08/13/25    Entered 08/13/25 17:20:52    Desc
Main Document    Page 29 of 40

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 13, 2025**

**/s/ Ronald Stewart**                                        **Ronald Stewart**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## District of Arizona

In re   **Talas Harbor at Buckeye LLC** _____  Case No. _____

Debtor(s)     Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 10,000.00 |
| Prior to the filing of this statement I have received | $ 10,000.00 |
| Balance Due | $ 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor    □ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    □ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Adversary Proceedings, Contested Matters, and discovery proceedings, including but not limited to, matters under Fed. R. Bankr. P. 2004.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 13, 2025** _____     **/s/ Thomas H. Allen**
_Date_                                             **Thomas H. Allen 11160**
                                                 _Signature of Attorney_
                                                 **Allen, Jones & Giles, PLC**
                                                 **1850 N. Central Avenue, Suite 1025**
                                                 **Phoenix, AZ 85004**
                                                 **602-256-6000 Fax: 602-252-4712**
                                                 **tallen@bkfirmaz.com**
                                                 _Name of law firm_

# United States Bankruptcy Court
## District of Arizona

In re **Talas Harbor at Buckeye LLC**

Debtor(s)

Case No. 

Chapter **7**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master

Mailing List, consisting of **6** sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **August 13, 2025**

**/s/ Ronald Stewart**

**Ronald Stewart/Manager**
Signer/Title

Date: **August 13, 2025**

**/s/ Thomas H. Allen**

Signature of Attorney
**Thomas H. Allen 11160**
**Allen, Jones & Giles, PLC**
**1850 N. Central Avenue, Suite 1025**
**Phoenix, AZ 85004**
**602-256-6000  Fax: 602-252-4712**

Talas Harbor at Buckeye LLC -


ABILITY
P.O. BOX 856015
MINNEAPOLIS MN 55485-6015


ADVANCED PHARMACEUTICAL CONSULT
P.O. BOX 530365
MIAMI FL 33153-0365


AIRGAS
P.O. BOX 102289
PASADENA CA 91189-2289


ALLEGIANCE PREMIUM FINANCE CO.
P.O. BOX 1750
CEDAR CITY UT 84721


ALLIANCE ENVIRONMENTAL GROUP
777 N. GEORGIA AVE
AZUSA CA 91702


ARIZONA DEPARTMENT OF REVENUE
C/O AZ ATTY GEN TAX, BANKR & COLL SECT
2005 NORTH CENTRAL AVENUE
PHOENIX AZ 85004-1592


ARIZONA PUBLIC SERVICE
P.O. BOX 37812
BOONE IA 50037-0812


BECTON DICKINSON AND COMPANY
1 BECTON DRIVE
FRANKLIN LAKES NJ 07417-1880


BRADY INDUSTRIES
7055 LINDELL ROAD
LAS VEGAS NV 89118

BROWN'S PARTSMASTER INC.
7280 N. GLEN HARBOR BLVD., #101
GLENDALE AZ 85307-2806


BUMBLEBEE HEALTH
825 E. ROYAL PALM
PHOENIX AZ 85020


CAREFUSION SOLUTIONS, LLC
25082 NETWORK PLACE
CHICAGO IL 60673-1250


CITY OF PHOENIX
P.O. BOX 29100
PHOENIX AZ 85038


CITY OF PHOENIX ETS
P.O. BOX 29102
PHOENIX AZ 85038-9102


CONCENTRIC HEALTHCARE STAFFING
4250 N. DRINKWATER BLVD.
SUITE 100
SCOTTSDALE AZ 85251


CONCORD TECHNOLOGIES
P.O. BOX 84125
SALT LAKE CITY UT 84125


CONNECT STAFFING
6133 MAVERICK ST
LAS VEGAS NV 89130


COX COMMUNICATIONS
P.O. BOX 78701
PHOENIX AZ 85062-8071

CREEKRIDGE CAPITAL
LOCKBOX 1880
MINNEAPOLIS MN 55480-1880


CREEKRIDGE CAPITAL
7808 CREEKRIDGE CIRCLE
SUITE 250
MINNEAPOLIS MN 55439


EMERALD PHOENIX, LLC
P.O. BOX 849334
LOS ANGELES CA 90084-9334


GRAINGER
DEPT. C-PAY
PALATINE IL 60038-0001


KAEMPFER CROWELL, LTD.
1980 FESTIVAL DRIVE
SUITE 650
LAS VEGAS NV 89135


LIFEPOINT BEHAVIORAL HEALTH SERVICES
FKA KINDRED BEHAVIORAL HEALTH SERVICES
330 SEVEN SPRINGS WAY
BRENTWOOD TN 37027


LOFTIN EQUIPMENT CO.
P.O. BOX 641055
DALLAS TX 75264-1055


MEDDATA
P.O. BOX 771850
CHICAGO IL 60677-1850


MEDIFIX INC.
4425 E. AGAVE ROAD, SUITE 116
PHOENIX AZ 85044

MEDLINE INDUSTRIES, INC.
DEPT. LA21558
PASADENA CA 91185-1558


NATURES PURPOSE
2218 N. 81ST STREET
SCOTTSDALE AZ 85257


NEVADA PSYCHIATRY PLLC
4270 S. DECATUR BLVD.
SUITE B6
LAS VEGAS NV 89103


NUTRITION ALLIANCE, LLC
8446 PAGE AVE
SAINT LOUIS MO 63130


OWENS & MINOR ATLANTA
10900 NUCKOLS ROAD, SUITE 040
GLEN ALLEN VA 23060


PHOENIX CARE PARTNERS LLC
8475 EASTERN AVENUE, SUITE 105
LAS VEGAS NV 89123


PROGRESSIVE INS.
DEPT. 0561
CAROL STREAM IL 60132-0561


RED ROCK PHARMACY TEMPE
450 S. 900 EAST #150
SALT LAKE CITY UT 84102


REPUBLIC SERVICES
4811 W. LOWER BUCKEYE ROAD
PHOENIX AZ 85043

RITESOURCE MEDICAL BILLING, LLC
142 RED BIRD ROAD
LOUISVILLE KY 40229


RONALD STEWART
2813 63RD AVE CT NW
GIG HARBOR WA 98335


ROVICARE
1400 E. SOUTHERN AVE., #310
TEMPE AZ 85282


RSC INTERNATIONAL
2813 63RD AVENUE COURT NW
GIG HARBOR WA 98335


SERVICE FIRST FIRE PROTECTION
21630 N. 9TH AVE
SUITE 101
PHOENIX AZ 85027


SONORA QUEST LABORATORIES
P.O. BOX 29661
DEPT 2059
PHOENIX AZ 85038-9661


STAPLES INC.
P.O. BOX 105748
ATLANTA GA 30348-5748


STERICYCLE
P.O. BOX 6578
CAROL STREAM IL 60197-6578


STERLING
P.O. BOX 35626
NEWARK NJ 07193-5626

Talas Harbor at Buckeye LLC -


SYSCO ARIZONA
611 S. 80TH AVENUE
TOLLESON AZ 85353


TAMARA BEATTY PETERSON/NIKKI L. BAKER
PETERSON BAKER PLLC
701 S 7TH ST
LAS VEGAS NV 89101


TH HOSPITAL GROUP
2813 63RD AVE CT NW
GIG HARBOR WA 98335


THE GROWTH FIRM, LLC
320 GLENMOOR DRIVE
FREDERICKSBURG TX 78624


TRANE US INC.
P.O. BOX 98167
CHICAGO IL 60693


UNWIRED ENGINEERING LLC
P.O. BOX 11037
CHANDLER AZ 85248


WELLSKY
11300 SWITZER ROAD
OVERLAND PARK KS 66210

# United States Bankruptcy Court
### District of Arizona

In re   __Talas Harbor at Buckeye LLC__        Case No. _____

                               Debtor(s)        Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  __Talas Harbor at Buckeye LLC__  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August 13, 2025__
Date

/s/ Thomas H. Allen
**Thomas H. Allen 11160**
Signature of Attorney or Litigant
Counsel for   __Talas Harbor at Buckeye LLC__
**Allen, Jones & Giles, PLC**
**1850 N. Central Avenue, Suite 1025**
**Phoenix, AZ 85004**
**602-256-6000 Fax:602-252-4712**
**tallen@bkfirmaz.com**